|   |   |
|---|---|
| 1 | ARIEL E. STERN, ESQ. |
| 2 | Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ. |
| 3 | Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ. |
| 4 | Nevada Bar No. 15175<br>AKERMAN LLP |
| 5 | 1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 |
| 6 | Telephone:    (702) 634-5000<br>Facsimile:     (702) 380-8572 |
| 7 | Email: ariel.stern@akerman.com<br>Email: natalie.winslow@akerman.com |
| 8 | Email: nicholas.belay@akerman.com |
| 9 | *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS COUNTERCLAIMS [ECF NO. 6]**<br><br>**(THIRD REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Defendant. | ECF No. 16 |

Defendant/Counter-Claimant NewRez LLC dba Shellpoint Mortgage Servicing and Plaintiff/Counter-Defendant SFR Investments Pool 1, LLC, by and through their respective counsel of record, stipulate and agree that Shellpoint shall have an additional thirty (30) days, up to and

63344880;1

including **Friday, June 17, 2022**, to file its response to SFR's motion to dismiss counterclaims. The current deadline is set for Wednesday, May 18, 2022 [ECF No. 15].

Good cause exists to extend Shellpoint's deadline to respond to SFR's dismissal motion. Shellpoint has agreed to provide certain information about the loan and the amount of debt secured by the deed of trust to SFR, and the parties intend to discuss the possibility of settlement once SFR's counsel receives and reviews this information. The parties therefore believe the requested extension serves the interest of judicial economy and efficiency as between the parties. This is the parties' third stipulation to extend the time for Shellpoint to respond to SFR's dismissal motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| DATED: May 18, 2022. | DATED: May 18, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:22-cv-00411-JAD-DJA

5/23/22 *nunc pro tunc* to 5/18/22
_____
**DATED**

2

63344880;1