ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                Defendants. | Case No.: 2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS COUNTERCLAIMS [ECF NO. 6]**<br><br>**(FOURTH REQUEST)**<br><br>ECF No. 18 |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>                Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>                Counter-Defendant. | |

Defendant/Counter-Claimant NewRez LLC dba Shellpoint Mortgage Servicing and Plaintiff/Counter-Defendant SFR Investments Pool 1, LLC, by and through their respective counsel of record, stipulate and agree that Shellpoint shall have an additional thirty (30) days, up to and

63344880;1

including **Monday, July 18, 2022**, to file its response to SFR's motion to dismiss counterclaims. The current deadline is set for Friday, June 17, 2022 [ECF No. 17]. The parties enter into this stipulation to address current time and scheduling constraints on Shellpoint's counsel.

This is the parties' fourth stipulation to extend the time for Shellpoint to respond to SFR's dismissal motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| DATED: June 17, 2022. | DATED: June 17, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
June 30, 2022