1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
6  Facsimile:   (702) 380-8572
   Email:  ariel.stern@akerman.com
7  Email:  natalie.winslow@akerman.com
   Email:  nicholas.belay@akerman.com
8
   *Attorneys for NewRez LLC dba Shellpoint Mortgage*
9  *Servicing*

10                 **IN THE UNITED STATES DISTRICT COURT**

11                   **FOR THE STATE OF NEVADA**

12  SFR INVESTMENTS POOL 1, LLC,            Case No.: 2:22-cv-00411-JAD-DJA

13                     Plaintiff,

14  v.                                       **STIPULATION AND ORDER TO
                                             EXTEND TIME TO RESPOND TO SFR
15  NEWREZ     LLC     dba    SHELLPOINT     INVESTMENTS   POOL   1,   LLC'S
    MORTGAGE SERVICING; DOES I through X,    MOTION       TO       DISMISS
16  inclusive; and ROE BUSINESS ENTITIES I  COUNTERCLAIMS [ECF NO. 6]
    through X, inclusive,
17                                           **(FIFTH REQUEST)**
                       Defendants.
18

19  NEWREZ     LLC     dba    SHELLPOINT
    MORTGAGE SERVICING,
20
                     Counterclaimant,                      ECF No. 20
21
    v.
22
    SFR INVESTMENTS POOL 1, LLC,
23
                     Counter-Defendant.
24

25

26         Defendant/Counter-Claimant NewRez LLC dba Shellpoint Mortgage Servicing and

27  Plaintiff/Counter-Defendant SFR Investments Pool 1, LLC, by and through their respective counsel

28  of record, stipulate and agree that Shellpoint shall have an additional fourteen (14) days, up to and

akerman

including **Monday, August 1, 2022**, to file its response to SFR's motion to dismiss counterclaims. The current deadline is set for Monday, July 18, 2022 [ECF No. 19]. The parties enter into this stipulation to address a medical emergency involving an immediate family member of the undersigned counsel for Shellpoint, which requires counsel to travel to the East Coast.

This is the parties' fifth stipulation to extend the time for Shellpoint to respond to SFR's dismissal motion. Shellpoint is mindful of the court's need to move along its docket and does not anticipate requiring further extension to this deadline. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| | |
|---|---|
| DATED: July 15, 2022. | DATED: July 15, 2022. |
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Nicholas E. Belay* | */s/ Chantel M. Schimming* |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| NATALIE L. WINSLOW, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8886 |
| NICHOLAS E. BELAY, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15175 | Las Vegas, Nevada 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for SFR Investments Pool 1, LLC* |
| *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:22-cv-00411-JAD-DJA

July 19, 2022
_____
**DATED**