KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED CLAIMS | Case No.  2:22-cv-00411-JAD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY** <br><br> ECF No. 23 |

SFR Investments Pool 1, LLC ("SFR") and Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") by and through their respective counsel of record, hereby stipulate to extend SFR's deadline to submit its reply in support of motion to dismiss [ECF No. 6] to August 15, 2022. The reason for the requested extension is SFR has recently reached out to Shellpoint regarding amending the complaint, and Shellpoint is currently reviewing SFR's request.  To the extent the parties agree to allow SFR to amend, SFR will withdraw its motion to dismiss, thus negating the need to file a reply.  The parties therefore agree to a one-week extension of SFR's reply deadline.

…

…

- 1 -

This is a first request for the extension of said deadline and it is not made to cause delay or prejudice any party.

Dated this 8th day of August, 2022.

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN, LLP**

*/s/ Nicholas E. Belay*
Nicholas E. Belay, Esq.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Newrez LLC d/b/a Shellpoint Mortgage Servicing*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE