ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION TO SFR'S MOTION FOR PROTECTIVE ORDER (ECF NO. 28) AND REPLY IN SUPPORT OF SHELLPOINT'S MOTION FOR PROTECTIVE ORDER (ECF NO. 26)**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>  Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>  Counter-Defendant. | |

NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including September 28, 2022, to file its reply in support of its motion for protective order, which is currently

{66424698;1}

due on September 21, 2022. Shellpoint's motion was filed on August 31, 2022 [ECF NO. 26], and SFR's response was filed on September 14, 2022 [ECF No. 33].

The parties further stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including September 27, 2022, to file its response to SFR's motion for protective order, which is currently due on September 20, 2022. SFR's motion was filed on September 6, 2022 [ECF No. 28].

The parties enter into this stipulation to address current time and scheduling constraints on Shellpoint's counsel. This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of September, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

September 19, 2022
**DATED**

{66424698;1}