```
WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Tel:  (702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightlegal.net
```
*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.:  2:22-cv-00411-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NON-PARTY BANK OF AMERICA MOTION FOR PROTECTIVE ORDER** |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter-defendant. | |

SFR Investments Pool 1, LLC (SFR), and non-party Bank of America, N.A. (BANA), hereby stipulate and agree to a seven (7) day extension, up to and including **October 6, 2022**, for

BANA to file its Reply to SFR's Response to BANA's Motion for Protective Order [ECF No. 38], which is currently due on September 29, 2022. The parties entered into this stipulation to address a time and scheduling constraint for BANA's counsel.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 29th day of September, 2022.

| **WRIGHT FINLAY & ZAK, LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Yanxiong Li* | */s/ Karen L. Hanks* |
| DARREN T. BRENNER, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 9578 |
| YANXIONG LI, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 12807 | Nevada Bar No. 8886 |
| 7785 W. Sahara Avenue, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89117 | Las Vegas, NV 89139 |
| *Attorneys for non-party Bank of America, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 28th day of September, 2022, the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NON-PARTY BANK OF AMERICA MOTION FOR PROTECTIVE ORDER** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Lisa Cox*
An Employee of Wright, Finlay & Zak, LLP