WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><hr>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-defendant. | Case No.:  2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING MOTIONS [ECF No. 26, 28, 30, 34]**<br><br>**(FIRST REQUEST)** |

The undersigned parties and non-party Bank of America, N.A. ("BANA"), by and through their respective counsels of record, hereby stipulate and jointly request that the hearing currently

scheduled to take place on November 4, 2022 at 10:00 AM in LV Courtroom 3A for the pending Motions for Protective Order [ECF No. 26, 28, 30] and Motion to Compel [ECF No. 34] be reset to a date and time convenient for the Court on or after November 10, 2022. The parties entered into this stipulation to address a scheduling conflict for BANA's counsel.

This is the first request for a continuance of this hearing date and is not intended to cause any delay or prejudice to any party.

DATED this 18th day of October, 2022.

| **WRIGHT FINLAY & ZAK, LLP**<br><br>/s/ Yanxiong Li<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>YANXIONG LI, ESQ.<br>Nevada Bar No. 12807<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Bank of America, N.A.* | **HANKS LAW GROUP**<br><br>/s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |
|---|---|
| **AKERMAN LLP**<br><br>/s/ Nicholas E. Belay<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | |

**ORDER**

**IT IS SO ORDERED.** The motion hearing currently scheduled for November 4, 2022 is **VACATED** and **RESET** for **Monday, November 28, 2022 at 10:00 a.m.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 19, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 18th day of October, 2022, the foregoing **STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING MOTIONS [ECF No. 26, 28, 30, 34]** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Lisa Cox*
An Employee of Wright, Finlay & Zak, LLP