Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　　　Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**(FIRST REQUEST)** |

　　　SFR Investments Pool 1, LLC ("SFR") and NewRez, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") hereby stipulate SFR shall have an additional one (1) week until May 19, 2023 to file its response to Shellpoint's motion to exclude [ECF No. 58]. The request is made because counsel for SFR had jury duty on Monday and was also out of the office on Thursday attending the U.S. District Court conference in Reno, Nevada.

/ / /

/ / /

/ / /

/ / /

- 1 -

The parties submit this Stipulation and Order in good faith and not for purposes of delay or to prejudice any party.

DATED this 12th day of May, 2023.

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
Email:  karen@hankslg.com
Email:  chantel@hankslg.com

*Attorneys for SFR Investments Pool 1, LLC*

DATED this 12th day of May, 2023.

**AKERMAN, LLP**

*/s/ Nicholas E. Belay*
Nicholas E. Belay, Esq.
Nevada Bar No. 15175
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez, LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing*

**ORDER**

**IT IS ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 16, 2023

- 2 -