KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 69 |

SFR Investments Pool 1, LLC ("SFR") and NewRez, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") hereby stipulate that **SFR shall have up to and including August 11, 2023, to file its response to Shellpoint's motion to summary judgment [ECF No. 67].** The current deadline is July 3, 2023. The request is made because counsel for SFR was out of the jurisdiction from June 14 through June 27. This request is also made because the parties are negotiating settlement and in light of having reached settlement in other similarly situated cases, the requested extension will allow for time to see if settlement is possible.

/ / /

/ / /

- 1 -

The parties submit this Stipulation and Order in good faith and not for purposes of delay or to prejudice any party.

DATED this 30th day of June, 2023.          DATED this 30th day of June, 2023.

**HANKS LAW GROUP**                          **AKERMAN, LLP**

*/s/ Karen L. Hanks*                         */s/ Nicholas E. Belay*
Karen L. Hanks, Esq.                         Nicholas E. Belay, Esq.
Nevada Bar No. 9578                          Nevada Bar No. 15175
Chantel M. Schimming, Esq.                   Natalie L. Winslow, Esq.
Nevada Bar No. 8886                          Nevada Bar No. 12125
7625 Dean Martin Drive, Suite 110            1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89139                      Las Vegas, Nevada 89134
Telephone: (702) 758-8434                    Telephone: (702) 634-5000
Email:  karen@hankslg.com                    Email: natalie.winslow@akerman.com
Email:  chantel@hankslg.com                  Email: nicholas.belay@akerman.com

*Attorneys for SFR Investments Pool 1, LLC*  *Attorneys for NewRez, LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing*

**ORDER**

IT IS ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 3, 2023