KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:22-cv-00411-JAD-DJA<br><br>**ORDER TO CONTINUE HEARING ON NEWREZ LLC dba SHELLLPOINT MORTGAGE SERVICING'S MOTION TO EXCLUDE PLAINTIFF'S UNTIMELY DISCLOSED DOCUMENTS AND DAMAGES CALCULATION** |

SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), hereby stipulate and agree to continue the hearing on Shellpoint's Motion to Exclude Plaintiff's Untimely Disclosed Documents and Damages Calculation, currently set for August 24, 2023, to a future date that is at least thirty days out and convenient to this Court due to counsel for SFR being out of the jurisdiction during this time and to allow the parties to continue settlement negotiations.

…

…

- 1 -

This is the first request for a continuance of this hearing and is not intended to cause any delay or prejudice to any party.

| DATED this 16th day of August, 2023. | DATED this 16th day of August, 2023. |
|---|---|
| **HANKS LAW GROUP** | **AKERMAN, LLP** |
| */s/ Chantel M. Schimming*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: karen@hankslg.com<br>Email: chantel@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Nicholas E. Belay*<br>Nicholas E. Belay, Esq.<br>Nevada Bar No. 15175<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Telephone: (702) 634-5000<br>Email: natalie.winslow@akerman.com<br>Email: nicholas.belay@akerman.com<br><br>*Attorneys for NewRez, LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing* |

**ORDER**

IT IS ORDERED: Hearing set for 8/24/23 at 10:00 a.m., is VACATED and RESET to 9/28/23, at 10:00 a.m., Courtroom 3A.

DANIEL J. ALBREGTS
U.S. Magistrate Judge

DATED: 8/16/23

- 2 -