Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**(SECOND REQUEST)**<br><br><br>ECF No. 71 |

SFR Investments Pool 1, LLC ("SFR") and NewRez, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") hereby stipulate that SFR shall have up to and including October 11, 2023 to file its response to Shellpoint's motion to summary judgment [ECF No. 67]. The current deadline is August 11, 2023. The request is made because the parties are actively engaged in settlement negotiations and SFR and Shellpoint have already settled numerous similarly situated cases. At this time, Shellpoint is still considering an offer made by SFR. In order to avoid the unnecessary costs of attorney's fees, the parties' requested extension will allow for time to see if settlement is possible.

/ / /

The parties submit this Stipulation and Order in good faith and not for purposes of delay or to prejudice any party.

DATED this 7th day of August, 2023.　　　　DATED this 7th day of August, 2023.

**HANKS LAW GROUP**　　　　　　　　　　**AKERMAN, LLP**

/s/ Karen L. Hanks　　　　　　　　　　　　/s/ Nicholas E. Belay
Karen L. Hanks, Esq.　　　　　　　　　　　Nicholas E. Belay, Esq.
Nevada Bar No. 9578　　　　　　　　　　　Nevada Bar No. 15175
Chantel M. Schimming, Esq.　　　　　　　　Natalie L. Winslow, Esq.
Nevada Bar No. 8886　　　　　　　　　　　Nevada Bar No. 12125
7625 Dean Martin Drive, Suite 110　　　　　 1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89139　　　　　　　　　Las Vegas, Nevada 89134
Telephone: (702) 758-8434　　　　　　　　 Telephone: (702) 634-5000
Email: karen@hankslg.com　　　　　　　　 Email: natalie.winslow@akerman.com
Email: chantel@hankslg.com　　　　　　　　Email: nicholas.belay@akerman.com

*Attorneys for SFR Investments Pool 1, LLC*　　*Attorneys for NewRez, LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing*

**ORDER**

IT IS SO ORDERED. With good cause appearing, **SFR's deadline to respond to Shellpoint's motion to summary judgment [ECF No. 67] is extended to October 11, 2023.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 8-18-23

- 2 -