KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants.<br><br>──────────────────────────<br><br>AND ALL RELATED CLAIMS | Case No.  2:22-cv-00411-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>ECF No. 84 |

      SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group and NewRez LLC dba Shellpoint Mortgage Servicing, by and through its counsel, Akerman LLP, hereby stipulate and agree that any and all claims by and between the parties be dismissed, with prejudice,

…

…

…

…

- 1 -

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own fees and costs.

DATED this 22nd day of May, 2024.          DATED this 21st day of May, 2024.

**AKERMAN LLP**                              **HANKS LAW GROUP**

*/s/ Nicholas E. Belay*                      */s/ Chantel M. Schimming*
ARIEL E. STERN, ESQ.                         KAREN L. HANKS, ESQ.
Nevada Bar No. 8276                          Nevada Bar No. 9578
NATALIE L. WINSLOW, ESQ.                     CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 12125                         Nevada Bar No. 8886
NICHOLAS E. BELAY, ESQ.                      7625 Dean Martin Drive, Suite 110
Nevada Bar No. 15175                         Las Vegas, Nevada 89139
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134                      *Attorneys for SFR Investments Pool 1, LLC*

*Attorneys for NewRez LLC dba*
*Shellpoint Mortgage Servicing*

### ORDER

Based on the parties' stipulation [ECF No. 84] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
May 22, 2024